**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

U.S. BANK, NA AS TRUSTEE ON : No. 71 MM 2018
BEHALF OF HOME IMPROVEMENT AND :
HOME EQUITY LOAN TRUST 1997-E BY :
GREEN TREE SERVICING, LLC, :
           :
           Respondents :
           :
           :
       v. :
           :
           :
JERRY W. AXE AND LINDA S. AXE, :
           :
          Petitioners :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, Petitioner's Motion for Emergency Stay of

Writ of Possession is **DENIED**.